UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHANE RHOOMS,

                                   Plaintiff,

              -against-

CITY OF NEW YORK, ROBERT ORTLIEB,
Individually, ROBERT HENDERSON, Individually,
JOSEPH SEMINARA, Individually, DEVON FREED,
Individually, and JOHN DOE 1,

                                   Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF
KIMBERLY M. JOYCE**

11-CV-5910 (PKC)(RER)

      **Kimberly M. Joyce**, an attorney duly admitted to practice in the Eastern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.     I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York, retired Detective Devon Freed, Lieutenant Joseph Seminara, Lieutenant Robert Henderson, and Lieutenant Robert Ortlieb, ("City defendants"), in the above captioned case.

      2.     This declaration is submitted in support of defendants' motion for Summary Judgment to dismiss the Second Consolidated Amended Complaint, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  I am familiar with the facts and circumstances stated herein based upon personal knowledge, the books and records of the City of New York, and conversations with its agents and employees.

      3.     A copy of the Second Consolidated Amended Complaint, filed July 21, 2015, is annexed hereto as Exhibit "A."

4.      A copy of Plaintiff's Supplemental Notice of Claim, received by the City on December 29, 2010, is annexed hereto as Exhibit "B."

5.      Excerpts from the transcript of Plaintiff's 50-H Hearing, dated May 21, 2011, is annexed hereto as Exhibit "C."

6.      Excerpts from the transcript of Plaintiff's Deposition, dated February 20, 2015, is annexed hereto as Exhibit "D."

7.      Excerpts from the transcript of Defendant Joseph Seminara's deposition, dated November 5, 2013, is annexed hereto as Exhibit "E."

8.      Excerpts from the transcript of Defendant Robert Ortlieb's deposition, dated July 31, 2013, is annexed hereto as Exhibit "F."

9.      Excerpts from the transcript of Defendant Robert Henderson's deposition, dated July 30, 2013, is annexed hereto as Exhibit "G."

10.      Excerpts from the transcript of Defendant Devon Freed's deposition, dated December 16, 2013 and February 18, 2015, is annexed hereto as Exhibit "H."

11.      A copy of the unsealed Grand Jury testimony of Devon Freed, Joseph Seminara, and Robert Henderson, from September 8, 2010 and September 10, 2010, is annexed hereto as Exhibit "I" and was produced during discovery bearing Bates Stamp Nos. NYC 4448 – NYC 4474.

12.      Excerpts from the transcript of Non-Party Trevor Perez's deposition, dated November 7, 2013, is annexed hereto as Exhibit "J."

13.      Excerpts from the transcript of Non-Party Assistant District Attorney Lewis Lieberman's deposition, dated December 18, 2013, is annexed hereto as Exhibit "K."

14.    Excerpts from the transcript of Non-Party Alhue Gayle, dated December 20, 2013, is annexed hereto as Exhibit "L."

15.    A copy of the NYPD Complaint Follow-Up Informational Reports (DD5s) prepared by the investigating detectives into the attempted shooting of Robert Ortlieb, Robert Henderson, and Joseph Seminara, are annexed hereto as Exhibit "M" and were produced in discovery bearing Bates Stamp Nos. NYC195 - NYC 243, and NYC 4053 - NYC 4100.

16.    A copy of the photograph and written statement signed by Trevor Perez on September 6, 2010, at 4:30 a.m., is annexed hereto at Exhibit "N" and was produced during discovery bearing Bates Stamp No. NYC 187.

17.    A copy of the flyer for the party hosted by Trevor Perez on September 6, 2010 at 222 Lenox, is annexed hereto as Exhibit "O" and was produced during discovery bearing Bates Stamp No. NYC 548.

18.    A copy of the photo array signed by Joseph Seminara, at 5:00 a.m. on September 6, 2010, indicating Plaintiff as the individual who shot at him, is annexed hereto as Exhibit "P" and was produced during discovery bearing Bates Stamp No. NYC 4076, and NYC 4100.

19.    A copy of the Wanted Poster for Plaintiff, prepared by Detective Freed on September 6, 2010, is annexed hereto as Exhibit "Q" and was produced during discovery bearing Bates Stamp No. NYC 4052, and NYC 4058.

20.    A copy of the Miranda Warnings administered to Plaintiff on September 6, 2010, and a copy of Plaintiff's Handwritten Statement, indicating he was at Webster Hall in Manhattan at the time of the shooting in Brooklyn, are annexed hereto as Exhibit "R" and were produced during discovery bearing Bates Stamp Nos. NYC 189 – NYC 190.

21.    A copy of the Omniform System Arrest Report for Plaintiff's arrest of September 6, 2010 is annexed hereto as Exhibit "S" and was produced during discovery bearing Bates Stamp Nos. NYC 545 – NYC 547.

22.    A copy of the signed lineup reports by Joseph Seminara, Robert Henderson, and Robert Ortlieb, indicating Plaintiff as the perpetrator, are annexed hereto as Exhibit "T" and were produced during discovery bearing Bates Stamp Nos. NYC 551 – NYC 553, and

23.    A copy of the Kings County Criminal Court Complaint for Plaintiff's arrest of September 6, 2010, signed by DA paralegal Ryan Rhodes on September 7, 2010, based on information provided by Robert Ortlieb, is annexed hereto as Exhibit "U" and was produced during discovery bearing Bates Stamp No. NYC 40.

24.    A copy of the Kings County District Attorney's Office Complaint Room Screening Sheet, is annexed hereto as Exhibit "V" and was produced during discovery as NYC 166 – NYC 167.

25.    A copy of the Supreme Court of the State of New York County of Kings Indictment No. 7974/2010, indicting Plaintiff for twenty counts, including the three top counts of CPL § 110/125.27, Attempted Murder in the First Degree, is annexed hereto as Exhibit "W" and was produced during discovery bearing Bates Stamp Nos. NYC 12, and NYC 28 – NYC 38.  The Indictment shows that Plaintiff was indicted on September 10, 2010.

26.    A copy of the Certificate of Disposition for Plaintiff's arrest of September 6, 2010 is annexed hereto as Exhibit "X" and was produced during discovery bearing Bates Stamp No. NYC 1.  The Certificate shows that charges were dismissed against Plaintiff on December 21, 2010.

27.     Excerpts from the transcript of Non-Party supervising Sgt. Scott Kienle, dated

October 24, 2014, is annexed hereto as Exhibit "Y."


Dated: New York, New York
November 3, 2015


ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Devon Freed, Joseph Seminara, Robert Henderson, Robert Ortlieb*
100 Church Street, Room 3-227
New York, New York 10007
(212) 356-2650


By:      _____/s/_____
         Kimberly M. Joyce
         Senior Counsel
         Special Federal Litigation Division

cc:     Brett Klein, Esq. (by Hand, Email)

5

11-CV-5910 (PKC)(RER)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHANE RHOOMS,

                                                        Plaintiff,

-against-

CITY OF NEW YORK, ROBERT ORTLIEB, Individually, ROBERT
HENDERSON, Individually, JOSEPH SEMINARA, Individually, DEVON
FREED, Individually, and JOHN DOE 1,

                                                        Defendants.

**DECLARATION OF KIMBERLY M. JOYCE**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 3-227*
*New York, New York  10007*

*Of Counsel:  Kimberly M. Joyce*
*Tel:  (212) 356-2650*
*NYCLIS No.:*

*Due and timely service is hereby admitted.*

*New York, N.Y............................................................ , 2015*

*...................................................................... Esq.*

*Attorney for..............................................................*

6

7