| 67th Detective Squad | POLICE DEPARTMENT<br>CITY OF NEW YORK | PLEASE POST IN A CONSPICUOUS PLACE |
|---|---|---|

# WANTED
## FOR
# Attempted Murder of a POLICE OFFICER



On 09/06/2010 at approximately 0030 hours at 222 Lenox Road Shane Rhooms did exchange gunfire with uniformed members of the service who were attempting to stop him. Above perpetrator is known to be armed and dangerous.

**PERP INFORMATION:**
Shane Rhooms
Male/Black/22  DOB 04/22/1988
NYSID # 02679061H

Please notify the 67th Pct Detective Squad with any information.
**67th Precinct Detective Squad**
**Detective Freed**
**UF61# 8390 Case # 2376**
**(718) 287-3225**



| DATE:<br>09/06/2010 | POLICE DEPARTMENT<br>CITY OF NEW YORK | LIMITED TO DEPARTMENT CIRCULATION |
|---|---|---|



NYC 4052

| 67th Detective Squad | **POLICE DEPARTMENT**<br>**CITY OF NEW YORK** | PLEASE POST IN A CONSPICUOUS PLACE |
|---|---|---|

# WANTED
## FOR
## Attempted Murder of a POLICE OFFICER



On 09/06/2010 at approximately 0030 hours at 222 Lenox Road Shane Rhooms did exchange gunfire with uniformed members of the service who were attempting to stop him. Above perpetrator is known to be armed and dangerous.

### PERP INFORMATION:
Shane Rhooms
Male/Black/22  DOB 04/22/1988
NYSID # 02679061H

Please notify the 67th Pct Detective Squad with any information.
**67th Precinct Detective Squad**
**Detective Freed**
**UF61# 8390 Case # 2376**
**(718) 287-3225**



| DATE:<br>09/06/2010 | **POLICE DEPARTMENT**<br>**CITY OF NEW YORK** | LIMITED TO DEPARTMENT CIRCULATION |
|---|---|---|



NYC 4058