| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - UNUSUAL OCCURRENCE | Crime/Condition ASSAULT-FELONIOUS | Command 067-67TH PRECINCT Date of This Report 09/07/2010 |
|---|---|---|
| Date of UF61 09/06/2010 | Date Case Assigned 09/06/2010 | Complaint No. 2010-067-08390 | Case No. -2376 | Unit Reporting SQUAD | Follow-Up No. 25 |

| Complainant's Name | Address | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Activity Address Location OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | Intersection of and | Premise Type |

**Topic/Subject:**
(UNUSUAL OCCURRENCE) SUPPLEMENTAL (ARREST OF PERPETRATOR)

**Summary of Investigation:**
1. On September 6, 2010, at approximately 1800 hours subject Shane Rhooms surrendered himself at the 67 pct.
2. Case active.

| Reporting Officer: | Rank DT3 | Name ADAM WRIGHT | Tax Reg. No. 919884 | Command 287-67 DET SQUAD |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 09/07/2010 | Date of Next Review | Name MICHAEL ENRIGHT | Supv. Tax No. 879606 |

NYC 229